# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

**CRIMINAL CASE NO. 3:08cr117**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| LAMONT DIGSBY. | ) | |

**THIS MATTER** is before the Court *sua sponte* to extend the time within which to file a Plea Agreement.

The Court finds that the deadline should be extended through August 1, 2008.

**IT IS, THEREFORE, ORDERED** that any Plea Agreement in this matter shall be filed on or before August 1, 2008.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge

Signed: July 7, 2008