# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:08cr117

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| LAMONT DIGSBY. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Defendant has notified the Court that he intends to enter a guilty plea on July 30, 2008. The parties are hereby advised that in the event the Defendant does not enter his guilty plea on July 30, 2008, they should be ready to pick a jury on Monday, August 11, 2008 at 9:00 a.m.

**IT IS, THEREFORE, SO ORDERED.**

Signed: July 24, 2008

Lacy H. Thornburg
United States District Judge